Same case below, 359 Fed. Appx. 758.

Same case below, 34 So. 3d 2.

**No. 10-5355. Eric L. Lewis, Petitioner v. United States.**

562 U.S. 917, 131 S. Ct. 282, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 6790.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 373 Fed. Appx. 930.

**No. 10-5356. Melinda Loray, Petitioner v. United States.**

562 U.S. 917, 131 S. Ct. 283, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 7116.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 933.

**No. 10-5357. Curtis Jackson, Petitioner v. Carl L. Bittick, et al.**

562 U.S. 917, 131 S. Ct. 283, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 7281.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 286 Ga. 364, 690 S.E.2d 803.

**No. 10-5358. Cecil B. Mathews, Petitioner v. Florida.**

562 U.S. 917, 131 S. Ct. 283, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 7371.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

**No. 10-5359. Anthony E. Lewis, Petitioner v. Washington Department of Corrections, et al.**

562 U.S. 917, 131 S. Ct. 394, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 7409.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5360. Harold Noel, Petitioner v. United States.**

562 U.S. 917, 131 S. Ct. 283, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 6893.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 372 Fed. Appx. 586.

**No. 10-5361. William Merlino, Petitioner v. United States.**

562 U.S. 917, 131 S. Ct. 283, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 7155.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 592 F.3d 22.

**No. 10-5362. Henry Pierce, Petitioner v. City of Mullins Police Department, et al.**

562 U.S. 917, 131 S. Ct. 283, 178 L. Ed. 2d 186, 2010 U.S. LEXIS 7100.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.